Ann-Martha Andrews
State Bar No. 7585
E-mail: AAndrews@LRRLaw.com
Todd D. Erb
State Bar No. 12203
E-mail: TErb@LRRLaw.com
**LEWIS ROCA ROTHGERBER LLP**
3993 Howard Hughes Pkwy, Suite 600
Las Vegas, NV 89169-5996
Tel: 702.949.8200
Fax: 702.949.8398

*Attorneys for Defendant Standard Insurance Company*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| Nicole Bringuel, | CASE NO. 2:15-CV-00048-LDG-PAL |
|---|---|
| Plaintiff, | **STIPULATION AND ORDER OF DISMISSAL** |
| vs. | |
| Standard Insurance Company, an Oregon corporation; and DOES I through V inclusive, and ROES I through V inclusive, | |
| Defendants. | |

The parties, having settled their dispute, stipulate that the Court shall dismiss this matter with prejudice.

/ / /

/ / /

/ / /

/ / /

/ / /

5851202_1

1  Each party will bear its own attorneys' fees and costs.

2  DATED this 15th day of June, 2015.

LAW OFFICE OF JULIE A. MERSCH           LEWIS ROCA ROTHGERBER LLP

By  /s/ *Julie A. Mersch*                By  /s/ *Ann-Martha Andrews*
    JULIE A. MERSCH                          ANN-MARTHA ANDREWS
    Nevada Bar No. 4695                      Nevada Bar No. 7585
    701 S. 7th Street                        TODD D. ERB
    Las Vegas, Nevada  89101                 Nevada Bar No. 12203
*Attorney for Plaintiff*                     3993 Howard Hughes Pkwy
     Suite 600
    Las Vegas, Nevada  89169
*Attorneys for Defendant*

**IT IS SO ORDERED:**

_____
**U.S. District         Judge**

**Dated:** _____ June 2015 _____

2

5851202_1